*Taka Iwashita* and *Michael J. Belzer*, assistant attorneys general, in opposition.

Decided January 14, 2003

STATE OF CONNECTICUT *v.* DARIO GUZMAN

*Lisa J. Steele*, special public defender, in support of the petition.

*Paul J. Narducci*, assistant state's attorney, in opposition.

Decided January 14, 2003

STATE OF CONNECTICUT *v.* JOHN GAUTHIER

*Deborah G. Stevenson*, special public defender, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided January 14, 2003

FRANKLIN CREDIT MANAGEMENT CORPORATION
*v.* THOMAS J. NICHOLAS ET AL.